# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 3, 2022

Lyle W. Cayce
Clerk

No. 21-20417
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

HARRIS DEMPSEY BALLOW,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-494-1

Before HIGGINBOTHAM, HIGGINSON, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

Harris Dempsey Ballow, federal prisoner # 42310-080, appeals the district court's denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. He argues that the district court erred by failing to recognize that his arguments challenging the validity of his conviction and

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

sentence could support a finding that extraordinary and compelling reasons justified relief.

Ballow does not articulate any challenge to the district court's thorough independent and alternative determination that the 18 U.S.C. § 3553(a) factors did not weigh in favor of his early release.  He accordingly fails to show that the denial of compassionate release was an abuse of discretion.  *See United States v. Chambliss*, 948 F.3d 691, 693-94 (5th Cir. 2020).  We therefore AFFIRM the district court's judgment.